UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00371-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | **DEFAULT JUDGMENT** |
| | ) | **OF FORFEITURE** |
| **REAL PROPERTY LOCATED AT 620 WEST** | ) | |
| **FRANKLIN STREET, SALISBURY, NC,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** having come before the court on the plaintiff's Motion for Default Judgment of Forfeiture under Fed. R. Civ. P. 55(b)(2) against the defendant property, the court finds, as follows:

1. A verified complaint for forfeiture *in rem* of the defendant property was filed on June 14, 2012.

2. Process was fully issued in this action and returned according to law. The government duly posted the defendant property. The government also served notice of the complaint on the record holder of title, Yuritzi Maldonado Alejandre, by personal service, as reflected in the process receipt and return form filed herein on October 23, 2012 (Doc. 4). It also appears from the record that Yuritzi Maldonado Alejandre had actual notice of this case by virtue of her claim filed herein on November 21, 2012 (Doc. 6). Service of process was made by publication of internet notice as shown by the declaration filed herein on May 30, 2013 (Doc. 9).

3. Only one person, Yuritzi Maldonado Alejandre, has filed a claim or an answer within the time allowed by law, and the Court has stricken that claim. The Clerk has accordingly entered default.

4. Based on the affidavit of HSI Task Force Officer David Ramsey, filed with the complaint, the government has shown probable cause to believe that the defendant property is proceeds of and/or was used or intended to be used to facilitate drug trafficking crimes, and that it is therefore subject to forfeiture under 21 U.S.C. § 881(a)(6).

Based on the foregoing findings, the court concludes that the government is entitled to a

judgment of forfeiture by default against the defendant property.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT**:

1. The government's motion for default judgment of forfeiture is hereby granted.

2. Any and all right, title and interest of all persons in the world in or to the following property is hereby forfeited to the United States; and no other right, title, or interest shall exist therein:

> **Real property located at 620 West Franklin Street, Salisbury, North Carolina, as more particularly described in a deed dated July 8, 2009, and recorded at Deed Book 1147, Page 134, in the Rowan County, North Carolina, Public Registry.**

3. The United States is hereby directed to dispose of the forfeited defendant property as provided by law.

Signed: June 19, 2014

*/s/ Max O. Cogburn Jr.*
Max O. Cogburn Jr.
United States District Judge